UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

EUGENE LOWE,

                Plaintiff,

- against -

CUSA, LLC, d/b/a/ THE DOUBLETREE
HOTEL & SUITES, TARRYTOWN, et al.

                Defendants.
-----------------------------------------------------------x

Docket No.: 09 Civ 7766 (SCR)(GAY)

**NOTICE OF MOTION TO QUASH SUBPOENAS**

**C O U N S E L:**

    **PLEASE TAKE NOTICE** that upon the annexed Affirmation of Paula Johnson Kelly, Esq., dated November 5, 2010, the annexed Affidavits of plaintiff, Eugene Lowe, and non-party Joan George, and the exhibits annexed thereto, the attorneys for the Plaintiff will move this Court before the Honorable George A. Yanthis, Magistrate Judge of the United States District Court, Southern District of New York, located at the United States District Court, 300 Quarropas Street, White Plains, New York, on a date to be determined by the Court, for an Order pursuant to F.R.C.P. Rule 45(a)(3), quashing the subpoenas issued by Defendants to non-parties for (1) Plaintiff's employment records and his financial records, and (2) for the financial records of non-party Joan George, or, in the alternative, for a protective order against said subpoenas, pursuant to F.R.C.P. Rule 26(c), on the grounds that said subpoenas are overly broad, seek irrelevant records, are unduly harassing to movants, and infringe upon the privacy rights of a non-party to this litigation; and for such other and further relief as to this Court seems just and proper.

Dated: New Rochelle, New York
       November 5, 2010

Respectfully submitted,

The Law Office of
GOODSTEIN & ASSOCIATES

By: _____
Paula Johnson Kelly, Esq. (PJK 8889)
*Attorneys For Plaintiff*
*And Ms. George -on the motion*
270 North Avenue, Suite 410
New Rochelle, New York 10801
(914) 632-8382


TO:   FERGUSON, SCHETELICH & BALLEW, P.A.
      *Attorneys For Defendants*
      1401 Bank of America Center
      100 South Charles Street
      Baltimore, Maryland 21201-2725
      (410) 837-2200
      Attention: Craig F. Ballew, Esq.


TO:   Law Office of
      ANTHONY J. MAVRONICOLAS
      *Local Counsel for Defendants*
      950 Third Avenue, 10th Floor
      New York, New York 10022
      (646) 254-6874
      Attention: Gregori Mavronicolas, Esq.