```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE LOWE,

        Plaintiff,

-against-

CUSA, LLC, d/b/a THE DOUBLETREE
HOTEL & SUITES, TARRYTOWN, et al.,

        Defendants.

09 Civ. 7766 (PGG)

**ORDER**

PAUL G. GARDEPHE, U.S.D.J.:

    This Court adopts the following scheduling order with regard to Defendants' proposed motion for summary judgment:

    Plaintiffs will serve moving papers by January 10, 2011.

    Defendants will serve opposition papers by February 10, 2011.

    Plaintiffs will serve reply papers by February 24, 2011.

Dated: New York, New York
      December 9, 2010

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge