UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

EUGENE LOWE

        Plaintiff

  -against-                     Docket No.: 09 Civ. 7766 (PGG)

CUSA, LLC d/b/a THE DOUBLETREE     **ORDER**
HOTEL & SUITES, TARRYTOWN and
RICH FRIEDMAN, as General Manager
of Doubletree Hotel,

        Defendants

------------------------------------------------X

GEORGE A. YANTHIS, U.S.M.J.:

UPON CONSIDERATION of the Motion to Quash Subpoenas Duces Tecum of Plaintiff, Eugene Lowe, and the Opposition thereto of Defendants, CUSA, LLC and Rich Friedman, and counsel for the parties having been given the opportunity to be heard on January 21, 2011, it is this 11th day of March, 2011,

**ORDERED**, that Plaintiff's Motion be, and the same hereby is, granted in part and denied in part; and it is further

**ORDERED**, that Defendants' Subpoenas to Westchester Federal Credit Union, TD Bank (f/k/a/ Commerce Bank), Key Bank (f/k/a/ Union State Bank), and Chase Bank be, and the same hereby are, quashed; and it is further

**ORDERED**, that Defendants' Subpoenas to Securitas Security Services USA, Inc., Aramark Correctional Services, LLC, and Aramark Food and Support Services Group, Inc. be, and the same hereby are, modified such that the documentation subject to the Subpoena is

limited to the dates of Plaintiff's employment, Plaintiff's salary at the time of the severance of his employment, and information related to the severance of Plaintiff's employment and the reasons therefor.

Dated: White Plains, New York
      March \_\_11\_\_, 2011

SO ORDERED:

_____
The Honorable George A. Yanthis
United States Magistrate Judge

2